# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2019

## NO. 03-18-00523-CR

**Bryant Edward Dulin, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the judgment in count I of cause number 46489 to delete the duplicative court costs, however the judgment in count I of cause number 46489 should retain a warrant fee of $40 and a warrant fee of $10. The Court affirms the judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 14, 2019

## NO. 03-18-00524-CR

**Bryant Edward Dulin, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### MODIFIED AND, AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment of conviction rendered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment but that there was error requiring correction. Therefore, the Court modifies the judgment in cause number 46491 to reduce the time payment fee from $25 to $2.50. The Court affirms the judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.